United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

          Plaintiff,

  v.

MARY TANIGAWA, HOUSING AUTHORITY
OF THE COUNTY OF ALAMEDA,

          Defendants.

_____/

No. C 15-2111 MMC

**ORDER DENYING LETTER REQUEST;
EXTENDING DEADLINE TO PAY
PARTIAL FILING FEE**

The Court is in receipt of plaintiff Sharla Calip's ("Calip") letter, filed May 28, 2015. On May 13, 2015, the Court denied Calip's application to proceed in forma pauperis and ordered Calip to make partial payment of the initial filing fee in the amount of $100, no later than June 5, 2015. (See Order, Doc. No. 4.) Calip now requests the Court "grant [her] fee waiver without payment" (see Letter, Doc. No. 6) because her monthly expenses "can change" if she is evicted (see id.). As no such changes have occurred to date, the request is hereby DENIED.

The deadline for Calip to make the $100 partial payment, however, is hereby EXTENDED from June 5, 2015, to June 19, 2015.

    **IT IS SO ORDERED.**

Dated: June 4, 2015

_____
MAXINE M. CHESNEY
United States District Judge