IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

    Plaintiff,

v.

MARY TANIGAWA, HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA,

    Defendants.

No. C 15-2111 MMC

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

The instant matter is currently set for an Initial Case Management Conference on August 7, 2015. By order filed May 13, 2015, the Court denied plaintiff's application to proceed in forma pauperis. Thereafter, on June 15, 2015, plaintiff appealed said denial. In light of the pendency of plaintiff's appeal,[1] the Initial Case Management Conference is hereby CONTINUED to October 23, 2015.

**IT IS SO ORDERED.**

Dated: August 4, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] Although plaintiff, on July 30, 2015, filed a motion to dismiss her appeal, the Ninth Circuit has not ruled on the motion.