IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLA CALIP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARY TANIGAWA and HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA,<br><br>　　　　Defendants.<br>_____ / | No. C-15-2111 MMC<br><br>**ORDER AFFORDING PLAINTIFF LEAVE TO FILE NEW APPLICATION TO PROCEED IN FORMA PAUPERIS; RESETTING PLAINTIFF'S DEADLINE TO PAY PARTIAL FILING FEE** |

　　　　Before the Court are two letter requests filed, respectively, on August 20, 2015, and October 8, 2015, by plaintiff Sharla Calip ("Calip"). On May 13, 2015, the Court denied Calip's application to proceed in forma pauperis and ordered her to make, no later than June 5, 2015, partial payment of the initial filing fee in the amount of $100. Thereafter, on May 28, 2015, Calip requested the Court reconsider its denial of her application. The Court denied Calip's request, as she had failed to identify any change in her financial situation warranting reconsideration, and extended to June 19, 2015, her deadline to make the $100 partial payment. (See Order, filed June 4, 2015.) On June 15, 2015, plaintiff appealed the denial, after which, the Ninth Circuit, on September 22, 2015, dismissed the appeal "for failure to prosecute" (see Order, filed September 22, 2015), thereby returning jurisdiction over the instant action to this Court.

In her letter of August 20, 2015, Calip states she "would like a fee waiver in the case," explaining her monthly expenses have "change[d] drastically" and that she may "possibl[y] [be] homeless." In her letter of October 8, 2015, Calip "request[s] [an] extension on [her] fee waiver of . . . $100," but proposes no particular deadline. Given the above-referenced filings, the Court will afford Calip the opportunity to file a new Application to Proceed in Forma Pauperis or, in the alternative, pay the partial filing fee by a newly set deadline.

Accordingly, Calip is hereby DIRECTED to either (1) file, no later than November 2, 2015, a new Application to Proceed in Forma Pauperis,[1] or (2) pay, no later than said date, the partial filing fee of $100.

**IT IS SO ORDERED.**

Dated: October 16, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] For Calip's convenience, a copy of the form application is attached hereto. If Calip elects to file a new application, she should clarify therein whether she has in fact been evicted.