IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLA CALIP, | No. C-15-2111 MMC |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARY TANIGAWA and HOUSING AUTHORITY OF THE COUNTY OF ALAMEDA, | |
| Defendants. | |

On October 16, 2015, the Court directed plaintiff Sharla Calip to file, no later than November 2, 2015, a new application to proceed in forma pauperis, or pay, no later than said date, a partial filing fee of $100. In light thereof, the Initial Case Management Conference currently scheduled for October 30, 2015 is hereby CONTINUED to February 5, 2016. A Joint Case Management Conference Statement shall be filed by the parties no later than January 29, 2016.

**IT IS SO ORDERED.**

Dated: October 26, 2015

MAXINE M. CHESNEY
United States District Judge