UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

)
SHARLA CALIP,                                              )
                                                          )        Case No. C 15-2111 MMC
                            Plaintiff,                    )
    v.                                                    )        ORDER GRANTING APPLICATION
                                                          )        TO PROCEED
MARY TANIGAWA and HOUSING                                 )        IN FORMA PAUPERIS;
AUTHORITY OF THE COUNTY OF                                )        RECONSIDERING AND
ALAMEDA,                                                  )        VACATING PRIOR ORDER
                                                          )        REQUIRING PARTIAL PAYMENT
                            Defendants.                   )

_____

        ( **X** )    IT IS ORDERED that plaintiff's second application to proceed in forma pauperis is **GRANTED** and that the Clerk issue summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon defendant.

        (   )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $400.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his responsibility to serve each defendant with the complaint and summons, as well as the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

        (   )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of ___ no later than _____.  Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  Plaintiff is hereby apprised of his responsibility to serve defendant with the complaint and any amendments, and the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

        In light of the above, the Order of May 13, 2015, requiring partial payment is VACATED.

        **Plaintiff has a continuing obligation to keep the Court informed of her current address.  Failure to do so may result in dismissal.**

Dated: November 24, 2015

_____
UNITED STATES DISTRICT JUDGE