**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARLA CALIP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARY TANIGAWA; HOUSING AUTHORITY of the COUNTY of ALAMEDA,<br><br>　　　　Defendants.<br>　_____ / | No. C-15-2111 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |

　　Plaintiff Sharla Calip having advised the Court that it would be difficult for her to appear at the Case Management Conference presently scheduled for February 5, 2016, at 10:30 a.m., and neither defendant having filed an appearance as of today's date, the Case Management Conference is hereby CONTINUED to March 11, 2016. A Joint Case Management Statement shall be filed no later than March 4, 2016.

　　Plaintiff is hereby DIRECTED to serve, no later than February 11, 2016, this order on each of the two named defendants.

　　**IT IS SO ORDERED.**

Dated: February 4, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge