IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

        Plaintiff,

  v.

MARY TANIGAWA, et al.,

        Defendants.

Case No. 15-cv-02111-MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR URGENT CASE RELIEF**

Re: Dkt. No. 38

Before the Court is plaintiff Sharla Calip's "Motion [for] Urgent Case Relief," filed March 25, 2016. On April 1, 2016, defendant Mary Tanigawa filed opposition. Plaintiff's reply was due on or before April 15, 2016. To date, no reply has been filed.

Having read and considered the parties' respective written submissions, the Court hereby DENIES the motion, for the reasons stated in the opposition.

**IT IS SO ORDERED.**

Dated:  April 25, 2016

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California