IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

    Plaintiff,

v.

MARY TANIGAWA, et al.,

    Defendants.

Case No. 15-cv-02111-MMC

**ORDER CONTINUING HEARING ON DEFENDANT HOUSING AUTHORITY OF COUNTY OF ALAMEDIA'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court are two motions: (1) defendant Housing Authority of the County of Alameda's ("HACA") "Motion for Judgment on the Pleadings," filed September 7, 2016, and noticed for hearing on November 4, 2016; and (2) defendant Mary Tanigawa's ("Tanigawa") "Motion to Dismiss Entire Action for Lack of Subject Matter Jurisdiction (F.R.C.P. 12(b)(1)," filed October 28, 2016, and noticed for hearing on December 2, 2016.[1]

As the motions present substantially similar issues, the Court, in the interest of justice, hereby CONTINUES the hearing on HACA's motion to December 2, 2016, at 9:00 a.m., Courtroom 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 28, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] On October 28, 2016, Tanigawa also filed a "Notice of Joinder" in HACA's motion, specifically joining in "HACA's argument that [p]laintiff has failed to sufficiently plead a breach of contract claim." (See Not. Joinder, filed Oct. 28, 2016, at 2: 1-4.)