IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

    Plaintiff,

v.

MARY TANIGAWA, et al.,

    Defendants.

Case No. 15-cv-02111-MMC

**ORDER VACATING HEARING ON DEFENDANT HOUSING AUTHORITY OF COUNTY OF ALAMEDA'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DEFENDANT MARY TANIGAWA'S MOTION TO DISMISS**

Before the Court are two motions: (1) defendant Housing Authority of the County of Alameda's ("HACA") "Motion for Judgment on the Pleadings," filed September 7, 2016; and (2) defendant Mary Tanigawa's ("Tanigawa") "Motion to Dismiss Entire Action for Lack of Subject Matter Jurisdiction (F.R.C.P. 12(b)(1))," filed October 28, 2016.[1]  Plaintiff has not filed opposition to either motion.[2]

Having read and considered the papers filed in support of the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for December 2, 2016.

**IT IS SO ORDERED.**

Dated: November 23, 2016

MAXINE M. CHESNEY
United States District Judge

---

[1] On October 28, 2016, Tanigawa also filed a "Notice of Joinder" in HACA's motion.

[2] Pursuant to the Civil Local Rules of this District, any opposition was due "not more than 14 days after the motion was filed."  See Civil L. R. 7-3(a).  On November 21, 2016, plaintiff filed a letter addressed to the Court.  Irrespective of whether such filing was proper, said letter does not address the instant motions.