IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

        Plaintiff,

  v.

MARY TANIGAWA, et al.,

        Defendants.

Case No. 15-cv-02111-MMC

**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

In light of defendants' pending motions, the Further Case Management Conference currently scheduled for December 9, 2016, is hereby CONTINUED to March 24, 2017, at 10:30 a.m.  The parties' Case Management Statements shall be filed no later than March 17, 2017.

**IT IS SO ORDERED.**

Dated: November 29, 2016

MAXINE M. CHESNEY
United States District Judge