IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARLA CALIP,

    Plaintiff,

  v.

MARY TANIGAWA, et al.,

    Defendants.

Case No. 15-cv-02111-MMC

**ORDER DISMISSING ACTION**

By order filed February 8, 2017, the Court dismissed plaintiff Sharla Calip's ("Calip") First Amended Complaint, with leave to amend no later than March 1, 2017. Calip has not filed a Second Amended Complaint within the time provided.[1]

Accordingly, the above-titled action is hereby DISMISSED, without prejudice to refiling in state court.

The Clerk of Court is hereby DIRECTED to close the file, and the Case Management Conference scheduled for March 24, 2017, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 13, 2017

MAXINE M. CHESNEY
United States District Judge

---

[1] On March 10, 2017, the undersigned received from Calip a letter bearing two separate dates, February 18, 2017, and March 7, 2017, and filed March 10, 2017, by the Clerk of Court. Even assuming Calip's letter could be construed as a timely amended complaint, however, such correspondence, for the reasons stated in the Court's prior order, fails to plead a cognizable federal claim. (See Order, filed Feb. 8, 2017.)